**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| LECTEC CORPORATION )<br>)<br>    Plaintiff, )<br>) Case No.5:08-cv-00130-DF<br>v. )<br>) Honorable Judge David Folsom<br>CHATTEM, INC.; )<br>ENDO PHARMACEUTICALS, INC. ) Jury Trial Requested<br>JOHNSON & JOHNSON CONSUMER )<br>COMPANY, INC.; )<br>THE MENTHOLATUM COMPANY; )<br>PRINCE OF PEACE )<br>ENTERPRISES, INC., )<br>)<br>    Defendants. )<br>)<br>_____ ) | |

**ORDER OF DISMISSAL OF**
**THE MENTHOLATUM COMPANY WITH PREJUDICE**

Plaintiff LecTec Corporation ("LecTec") and Defendant The Mentholatum Company ("Mentholatum") have filed an Agreed Motion to Dismiss, in which the Court has been advised that LecTec and Mentholatum have entered into a written Settlement Agreement that resolves the issues between LecTec and Mentholatum in this case.  In consideration of said Motion, IT IS HEREBY ORDERED:

1.     LecTec's Complaint against The Mentholatum Company (but no other Defendant) is dismissed with prejudice.

2.     The Mentholatum Company's counterclaims against LecTec are dismissed with prejudice.

1

3.	Each party shall bear its own costs, expenses and attorneys' fees.


**SIGNED this 5th day of June, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

2