IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| LECTEC CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:08-CV-130 |
| | § | |
| CHATTEM, INC., et al., | § | |
| | § | |
| Defendants. | § | |

**O R D E R**

Before the Court is the Motion *in Limine* of Defendants Chattem, Inc. ("Chattem") and Prince of Peace Enterprises, Inc. ("Prince of Peace"). Dkt. No. 300.

Before the Court is Plaintiff's Motion *in Limine*. Dkt. No. 301.

The parties are hereby **ORDERED** to file their objections, if any, to these Motions *in Limine* by Friday, December 31, 2010.

**IT IS SO ORDERED.**

**SIGNED this 28th day of December, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

1